IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ISAAC BARBEE,                          )
                                       )
                  Plaintiff,           )
                                       )
             v.                        )        1:12CV231
                                       )
BEV PERDUE, et al.,                    )
                                       )
                  Defendant(s).        )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action

pursuant to 42 U.S.C. § 1983. The form of the Complaint is such that serious flaws make it

impossible to further process the Complaint. The problems are:

1.        Filing fee was not received nor was a proper affidavit to proceed *in forma
          pauperis* submitted, with sufficient information completed or signed by
          Plaintiff, to permit review.

2.        None of the defendants are located within this District, but are located in the
          Eastern District of North Carolina, and the events challenged in the Complaint
          are all alleged to have occurred in the Eastern District of North Carolina. See
          Fed. R. Civ. P. 28 U.S.C. § 1391(b). Plaintiff should seek the proper forms
          from the Clerk of that district and file the Complaint there. The proper address
          is: 310 New Bern Avenue, Room 574, Raleigh, NC 27601.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff

filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present

Complaint and is filed in the proper district. To further aid Plaintiff, the Clerk is instructed

to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*,

and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

**IT IS THEREFORE ORDERED** that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (i.e., Sections (a) & (d)).

**IT IS RECOMMENDED** that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above and is filed in the proper district.

This the 16th day of March, 2012.


_____/s/ Joi Elizabeth Peake_____
United States Magistrate Judge